NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREDERICK HALL,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-2648
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

Frederick Hall, pro se.

PER CURIAM.

            Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Tucker v.

State, 726 So. 2d 768 (Fla. 1999); Dale v. State, 703 So. 2d 1045 (Fla. 1997); Vernold

v. State, 376 So. 2d 1166 (Fla. 1979); Hall v. State, 39 So. 3d 327 (Fla. 2d DCA 2010)

(table decision); Pratte v. State, 946 So. 2d 1184 (Fla. 2d DCA 2006); Steward v. State,

931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA

2004); Mills v. State, 840 So. 2d 464 (Fla. 4th DCA 2003); Walls v. State, 730 So. 2d

294 (Fla. 1st DCA 1999).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.